| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>United States Attorney | **FILED**<br>OCT 2 4 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   JEFFREY R. FINIGAN (CSBN 168285)
    Assistant United States Attorney
5

6       450 Golden Gate Avenue
        San Francisco, California 94102
7       Telephone: (415) 436-7232
        Facsimile: (415) 436-7234
8       Email: jeffrey.finigan@usdoj.gov

9   Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
    UNITED STATES OF AMERICA,          )   Criminal No. CR 05-00623 PJH
15                                     )
            Plaintiff,                 )
16                                     )
                                       )   STIPULATION AND [PROPOSED]
17                                     )   ORDER CONTINUING HEARING
       v.                              )
18                                     )
                                       )
19  JOHN MICHAEL ROSE,                 )
                                       )
20          Defendant.                 )
                                       )
21  _____)

22      The above-captioned matter came before the Court on October 19, 2005, for initial

23  appearance. The defendant was represented by Michael Cardoza and the government was

24  represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for November

25  30, 2005, at 2:30 p.m. for motions/trial setting.

26      The Court made a finding on the record that the time from and including October 19

27  through November 30, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.

28  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00623 PJH

1  interest of the public and the defendant in a speedy trial. That finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).
5        The parties hereby agree to and request that the case be continued until November 30,
6  2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, Section
8  3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest
9  of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel
10 to effectively prepare, taking into account the exercise of due diligence, and will provide for
11 continuity of counsel for the defendant.

13 DATED:    10/20/05                              /s/
                                                  MICHAEL CARDOZA
14                                                Counsel for John Michael Rose

16 DATED:    10/19/05                              /s/
17                                                JEFFREY FINIGAN
                                                  Assistant U.S. Attorney

19 So ordered.
20 DATED:

21                                                PHYLLIS J. HAMILTON
                                                  UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00623 PJH**                              2