KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MICHAEL ROSE,<br><br>    Defendant. | Criminal No. CR 05-00623 PJH<br><br>**STIPULATION, REQUEST AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING** |

    The above-captioned matter came before the Court on November 30, 2005, for motion setting.  The defendant was represented by Michael Cardoza and Jai Gohel and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for February 8, 2006, at 2:30 p.m. for a hearing on defense pre-trial motions, which were to be filed by January 11, 2006.  The defense then filed two motions on January 11, 2006: (1) Motion to Suppress and Request for *Franks* Hearing; and (2) Motion to Dismiss.  The government's oppositions to the motions are currently due to be filed on or before January 25, 2006.

**STIPULATION, REQUEST AND [PROPOSED]**
**ORDER RE BRIEFING SCHEDULE**
**CR 05-00623 PJH**

On November 30, 2005, when the briefing schedule and hearing were set, government counsel advised the Court and defense counsel that he was scheduled to begin a trial before the Hon. Susan Illston, United States District Court Judge, on January 9, 2006.  Although trial did not start until January 12, 2006, as expected, government counsel is currently in trial before Judge Illston in U.S. v. Wayne Lawrence Standart, CR 05-00360, and the trial is estimated to last until January 26, 2006.

Accordingly, the government respectfully requests that the Court reset the deadline for the government's oppositions for February 15, 2006, and reset the hearing date on the defense motions for March 8, 2006.  Defense counsel, Mr. Gohel, by entering into this Stipulation has indicated he has no objection to this request.  DEFENDANT'S REPLIES, IF ANY, ARE DUE 2/22/06.

DATED:     1/19/06               /s/
                                 JAI M. GOHEL
                                 Counsel for John Michael Rose


DATED:     1/19/06               /s/
                                 JEFFREY FINIGAN
                                 Assistant U.S. Attorney


So ordered.

DATED:   1/20/06
                                 PHYLLIS J. HAMILTON
                                 UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**STIPULATION, REQUEST AND [PROPOSED]**
**ORDER RE BRIEFING SCHEDULE**
**CR 05-00623 PJH**                                            2