1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue
      San Francisco, California  94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,      )      Criminal No. CR 05-00623 PJH
                                   )
15       Plaintiff,                )
                                   )
16                                 )
                                   )      **STIPULATION AND [~~PROPOSED~~]**
17       v.                        )      **ORDER CONTINUING HEARING**
                                   )
18                                 )
                                   )
19  JOHN MICHAEL ROSE,             )
                                   )
20       Defendant.                )
    _____    )
21

22       The above-captioned matter came before the Court on March 15, 2006, for trial setting.

23  The defendant was represented by Michael Cardoza and Jai Gohel and the government was

24  represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for trial on

25  August 28, 2006.

26       The Court made a finding on the record that the time from and including March 15,

27  2006, through August 28, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C.

28  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00623 PJH**

interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until August 28, 2006 and that the aforementioned exclusion of time be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:      3/16/06                             /s/
                                        MICHAEL CARDOZA
                                        Counsel for John Michael Rose


DATED:      3/15/06                             /s/
                                        JEFFREY FINIGAN
                                        Assistant U.S. Attorney

So ordered.

DATED:  3/20/06



PHY
UNIT                                   URT JUDGE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00623 PJH**                    2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of the office of the United States

Attorney, Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**

in the case of **UNITED STATES V. JOHN MICHAEL ROSE, CR 05-00623 PJH** to be

served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed

as follows which is the last known address:

**Michael Edmund Cardoza, Esq
1111 Civic Drive, #320
Walnut Creek, CA  94596
Fax No: 925-274-2910**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 15, 2006

_____
/s/
RAWATY YIM
United States Attorney's Office

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00623 PJH**                    3