KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JOHN MICHAEL ROSE, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 05-00623 PJH <br><br> **STIPULATION AND [P~~ROPOSED~~]** <br> **ORDER RE-SETTING DEADLINE FOR** <br> **PRETRIAL FILINGS** |

The above-captioned matter is set for jury trial before the Court on August 28, 2006.  The defendant is represented by Michael Cardoza and Jai Gohel and the government is represented by Jeffrey Finigan, Assistant United States Attorney.  The parties have reached a settlement agreement and the matter is now on calendar before the Court for a change of plea on July 26, 2006.  In light of reaching the settlement agreement, the parties hereby stipulate and respectfully request that the Court issue an Order as to the following:

    1.    The pretrial filings, which are currently due to be filed on July 19, 2006, shall now

**STIPULATION AND [PROPOSED]**
**ORDER RE PRETRIAL FILINGS**
**CR 05-00623 PJH**

1  be filed no later than July 31, 2006;

2. Expert witness disclosures pursuant to Fed. Rule of Crim. Procedure 16 shall be completed by July 31, 2006; and

3. The pretrial conference shall remain as scheduled for August 2, 2006.

DATED: 7/12/06

/s/
JAI M. GOHEL
Counsel for John Michael Rose

DATED: 7/12/06

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: 7/13/06

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**STIPULATION AND [PROPOSED]
ORDER RE PRETRIAL FILINGS
CR 05-00623 PJH**                    2